UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  ED CV 23-00935-SK                                              Date: August 14, 2025

Title  Residence Mutual Insurance Company v. Regal Beloit Corporation et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**    (IN CHAMBERS) **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION (ECF 44)**

   Pursuant to the parties' stipulation, this action is ordered dismissed, with prejudice, in its entirety, as to all claims, causes of action, and parties, with each party to bear their own attorneys' fees and costs.

   IT IS SO ORDERED.